79,872-04

Court Of Criminal Appeals, Texas
P.O.B 12308
Capitol Station, Austin TX 78711
November 3rd, 2015

Tr. Ct. No. 84-84710 T1(A)
WR-79,872-04

Dear Clerk,
Mr. Abel Acosta,

Sir I am asking for your charge for copies made of the following record. My Writ of Mandamus recieved by the T.C.C.A. 9/23/2015.

I need the clerks charge for one copy of this record.

Respectfully, Ron Perriott

Ron Perriott ID#397549
1697 FM 980
Huntsville TX 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk